EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte | 2010 TSPR 132 |
| Awilda Irizarry Pardo | 179 DPR \_\_\_\_ |

Número del Caso: TS-8535


Fecha: 15 de julio de 2010


Abogada de la Parte Peticionaria:

Por Derecho Propio


Oficina del Procurador General

Lcda. Irene S. Soroeta Kodesh
Procuradora General


Materia: Baja voluntaria al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                              8535
Awilda Irizarry Pardo




Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.


RESOLUCIÓN


San Juan, Puerto Rico, a  15 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Awilda Irizarry Pardo y la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo